# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:  REESTABLISHMENT OF THE    :    NO.  506
MAGISTERIAL DISTRICTS WITHIN THE    :
55th JUDICIAL DISTRICT OF THE    :    MAGISTERIAL RULES DOCKET
COMMONWEALTH OF PENNSYLVANIA    :

## ORDER

**PER CURIAM**

     **AND NOW**, this 23rd day of August 2022, upon consideration of the Petition to Reestablish the Magisterial Districts of the 55th Judicial District (Potter County) of the Commonwealth of Pennsylvania, it is hereby ORDERED AND DECREED that the Petition, which provides for the reestablishment of the Magisterial Districts within Potter County as they currently exist, to be effective immediately, is granted.

     Said Magisterial Districts will be reestablished as follows:

| | |
|---|---|
| Magisterial District 55-3-01<br>VACANT | Austin Borough<br>Coudersport Borough<br>East Fork Township<br>Eulalia Township<br>Homer Township<br>Keating Township<br>Portage Township<br>Summit Township<br>Sweden Township<br>Sylvania Township<br>Wharton Township |
| Magisterial District 55-4-01<br>Magisterial District Judge Kari A. McCleaft | Allegheny Township<br>Clara Township<br>Genesee Township<br>Hebron Township<br>Oswayo Borough<br>Oswayo Township |

Pleasant Valley Township
Roulette Township
Sharon Township
Shinglehouse Borough

Magisterial District 55-4-03
Magisterial District Judge Christopher D. Kalacinski

Abbott Township
Bingham Township
Galeton Borough
Harrison Township
Hector Township
Pike Township
Stewardson Township
Ulysses Borough
Ulysses Township
West Branch Township